[No. 37916-0-I.  Division One.  June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BARTON WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05069-3, William L. Downing, J., entered November 27, 1995. *Dismissed* by unpublished per curiam opinion.


[No. 38249-7-I.  Division One.  June 16, 1997.]

CHARLENE LARKIN, *Respondent*, v. THU HUONG T. NGUYEN, ET AL., *Defendants*, JOHN MATHIESON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-27540-2, Sharon S. Armstrong, J., entered February 15, 1996. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.


[No. 38262-4-I.  Division One.  June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TAFFERO D. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06672-7, Richard M. Ishikawa, J., entered February 12, 1996. *Dismissed* by unpublished per curiam opinion.


[No. 38347-7-I.  Division One.  June 16, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER DEAN FITZGERALD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01449-2, Robert H. Alsdorf, J., entered March 18, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.